USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2024

**MEMORANDUM ENDORSEMENT**

Basmanov, et al v. Fray, et al

7-24-cv-1434-NSR

By letter dated September 6, 2024 (ECF No. 29), Defendants requested a pre-motion conference seeking an order from the Court to quash Plaintiffs' subpoenas. On September 11, 2024, Plaintiffs submitted a letter in opposition to Defendants' application. (ECF No. 30). In light of the foregoing, the Court waives the PMC and sets the following briefing schedule for Defendants' anticipated motion: Defendants' moving papers shall be served (not filed) on or before October 17, 2024; Plaintiffs' opposition papers shall be served (not filed) on or before November 7, 2024; Defendants' reply papers shall be served on or before November 22, 2024.

All motion documents shall be filed on the reply date, November 22, 2024. The parties are directed to mail two copies of their motion documents to Chambers as they are served.

Dated: September 17, 2024
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge